AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Deanna Williams,<br>a/k/a Dee Dee Williams<br><br>*Defendant* | Case No. 1:17-CR-104 (4) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Deanna Williams, a/k/a Dee Dee Williams,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951-Hobbs Act Robbery

Date: 09/27/2017

*Issuing officer's signature*

City and state: Cincinnati, OH

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/27/17, and the person was arrested on *(date)* 9/27/17
at *(city and state)* Lebanon, Ohio.

Date: 9/27/17

*Arresting officer's signature*

SA Peter A Lakes
*Printed name and title*