IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                  Case Number: 1:17cr104-1

Amit Patel

## CRIMINAL MINUTES: CHANGE OF PLEA

Defendant appeared with counsel Clyde Bennett

Defendant arraigned and specifically advised of rights

Statement of facts read by FBI Agent Pete Lakes

Defendant pleads GUILTY to Count(s) 1

Plea accepted by the Court

Referred to Probation Department for Presentence Report

O.R. Bond continued and modified on the record

Tim Oakley and Tim Landry AUSA's present

Judge:                Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Julie Wolfer, Official

Date:               May 22, 2018