AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| --- | --- |
| v. | ) |
| Amit Patel | ) Case No. 1:17cr104-1 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**FILED**
RICHARD W. NAGEL
CLERK OF COURT
JUL 31 2025 2:35 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

**RECEIVED**
By USMS at 3:47 pm, May 27, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See Attached

Date: 05/27/2025

*William A. Miller*
Issuing officer's signature

City and state: Cincinnati, Ohio

William Miller-Case Manager
Printed name and title

---

### Return

This warrant was received on *(date)* 05/27/2025 and the person was arrested on *(date)* 07/01/2025
at *(city and state)* Cincinnati, OH

Date: 07/01/2025

*[signature]*
Arresting officer's signature

SCOTT DANIEL DUSM
Printed name and title